AO 442 (Rev. 12/85) Warrant for Arrest AUSA DONALD F. CHASE, II S/A PETE Mc CARTHY

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOSEPH VINCENZI

## WARRANT FOR ARREST

CASE NUMBER: 98-6230

CR-ZLOCH

MAGISTRATE JUDGE SELTZER

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSEPH VINCENZI
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint

[ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him with (brief description of offense) Possession of firearm by convicted felon.

in violation of Title 18 United States Code, Sections(s) 922(g)(1)

CARLOS JUENKE
Name of Issuing officer

CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/17/98 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ PRE-TRIAL DETENTION requested

by
Name of Judicial officer
Chief Magistrate Judge Lurana S. Snow

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |