UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

-vs.-

JOSEPH C. VINCENZI,

Defendant.

_______________________________/

CASE NO. 98-6230-CR-ZLOCH

MOTION TO POSTPONE SURRENDER

Comes now the defendant, Joseph Vincenzi, by and through his undersigned attorney and requested that the court postpone his date of surrendering and as grounds therefore states the following:

1. The defendant scheduled to surrender on July 31st 1999.

2. Over the July 4th weekend Mr. Vincenzi suffered an episode of herpes zersten an infection at the fifth cranial nerve. This resulted in a Palsy of his right mouth and right upper eyelid. It will take from three to six months to fully recover. Mr. Vinzenzi needs to be monitored closely for the first four weeks and requires frequent visits to his physician for the following for weeks. Attaches of copy of his doctor Alex K. Hsu letter.

3. Due to this unforeseen medical condition which requires very close medical attention the defendant is requesting that his date of surrender be postponed for 60 days or until his medical condition improves.

4. The undersigned has contacted Donald Chase and is not opposes this motion.

31

WHEREFORE, defendant questions honorable court postpone his date of surrender for 60 days.

Respectfully Submitted,
Leo Spitale, Jr. P.A.
3191 Coral Way Ste 115-114
Miami, Fl 33145
305 567-2472
BY__________________
Leo Spitale,Jr.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to Donald Chase AUSA 500 East Broward Boulevard 7th Floor Ft Lauderdale Fl 33301 on this 14 day of April 1999

BY:__________________
Leo Spitale, Jr.